IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ERIC J. JOHNSON,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D23-504
LT Case No. 2018-CF-8507

Decision filed February 28, 2023

3.850 Appeal from the Circuit Court
for Duval County,
R. Anthony Salem, Judge.

Eric J. Johnson, Okeechobee, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


WALLIS, HARRIS and MACIVER, JJ., concur.